

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-14-2004

# Hardcastle v. Horn

Precedential or Non-Precedential: Precedential

Docket No. 01-9006

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Hardcastle v. Horn" (2004). *2004 Decisions.* Paper 662.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/662

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No: 01-9006
_____

DONALD HARDCASTLE


v.


MARTIN HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF
CORRECTIONS;
GEORGE R. WHITE, SUPERINTENDENT OF THE STATE CORRECTIONAL
INSTITUTION
AT PITTSBURGH; AND JOSEPH P. MAZURKIEWICZ, SUPERINTENDENT OF
THE STATE
CORRECTIONAL INSTITUTION AT ROCKVIEW,

Appellants


_____


Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No.98-cv-03028)
District Judge: Honorable John R. Padova


Argued on May 20, 2003

Before: SCIRICA,Chief Judge, NYGAARD and ROTH, Circuit Judges

## ORDER VACATING AND RE-FILING OF OPINION

IT IS ORDERED that the Precedential Opinion filed on May 11, 2004 in the above

case be vacated and re-filed with the dissenting opinion.


By the Court,

/s/ JANE. R. ROTH
Circuit Judge


Dated: May 14, 2004
nmb/cc: Robert B. Dunham, Esq.
Thomas W. Dolgenos, Esq.